WEISS v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 65. In Error to the District Court of the United States for the Eastern District of New York. Isidore Weiss was convicted under an information in three counts charging him with selling whisky, possessing it and maintaining a nuisance, and he brings error. Affirmed. Samuel Weiss, of New York City (Samuel I. Hartman, of New York City, of counsel), for plaintiff in error. Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (Henry J. Walsh, Ass't. U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.

---

THE W. F. DALZELL. THE HIGHLANDER. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 49. Appeal from the District Court of the United States for the Eastern District of New York. Libel by Cleary Bros., Inc., against the steam tug W. F. Dalzell, of which the Alpha Towing & Transportation Company was claimant, and against the steamer Highlander, of which the McAllister Steamboat Company was claimant. Decree for libelant against the Highlander, and the claimant of that vessel appeals. Affirmed. Foley & Martin, of New York City, for libelants. Bigham, Englar & Jones, of New York City (Leonard J. Matteson and Andrew J. McElhinney, both of New York City, of counsel), for claimant of the W. F. Dalzell. Macklin, Brown & Van Wyck, of New York City (Horace L. Cheyney, of New York City, of counsel), for claimant the Highlander. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.

---

WILKOFF CO. v. ARMSTRONG STEEL CASTINGS CO. (Circuit Court of Appeals, Sixth Circuit. October 4, 1922.) No. 3710. In Error to the District Court of the United States for the Eastern Division of the Northern District of Ohio; D. C. Westenhaver, Judge. Harrington, DeFord, Heim & Huxley, of Youngstown, Ohio, for plaintiff in error. Bowers, Feightner & Bowers, of Huntington, Ind., and Tolles, Hogsett, Ginn & Morley, of Cleveland, Ohio, for defendant in error.

PER CURIAM. Dismissed, under rule 18 of this court (202 Fed. xii, 118 C. C. A. xii), on motion of plaintiff in error.